dum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Gary R. GILTNER, Appellant.**

**No. 69283.**

Missouri Court of Appeals,
Eastern District,
Northern Division.

Nov. 5, 1996.

William C. McIlroy, McIlroy and Millan, Bowling Green, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, C.J., and DOWD and RHODES RUSSELL, JJ.

*ORDER*

PER CURIAM.

Defendant, Gary R. Giltner, appeals from the judgment entered on his conviction by a jury for the class B felony of acting in concert with another to manufacture a controlled substance in violation of § 195.211, RSMo 1994. Defendant was sentenced to 10 years imprisonment as a prior and persistent offender. We affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memoran-

■

**Kevin L. WILLIAMS, Plaintiff/Appellant,**

v.

**Officer Anthony GRIEMEL,
Defendant/Respondent.**

**No. 69997.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 5, 1996.

Kevin L. Williams, Mineral Point, Pro Se.

John A. Ross, County Counselor, Robert E. Fox, Jr., Asst. County Counselor, St. Louis County, Clayton, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Plaintiff appeals the dismissal of his "Petition for Writ of Replevin" for failure to state a cause of action. We affirm. The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order af-

firming the judgment pursuant to Rule 84.16(b).